UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MIGUEL FITTIPALDI,

          Plaintiff,

   -against-

ARGO GROUP US, INC. et al.,

          Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/8/2025

**POST-CONFERENCE ORDER**

**24-CV-9946 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     As discussed at the Case Management Conference on April 8, 2025, the parties shall file

a joint letter by **April 22, 2025**, informing the Court whether the parties would like a referral to

the mediation program.  Further, the parties shall file a joint status letter by **June 9, 2025**,

updating the Court on the status of discovery.

     **SO ORDERED.**

Dated: New York, New York
      April 8, 2025

                             *Katharine H Parker*
                        _____
                        KATHARINE H. PARKER
                        United States Magistrate Judge