UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL FITTIPALDI,<br><br>                      Plaintiff,<br><br>      -against-<br><br>ARGO GROUP US, INC., et al.,<br><br>                      Defendant. | **THIRTY-DAY ORDER**<br><br>24-CV-9946 (KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Court, having been advised by the court-appointed mediator that the parties have reached a settlement in principle (ECF No. 22), ORDERS that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action within 30 days of the date of this Order if the settlement is not consummated. **To be clear, any application to reopen must be filed by September 15, 2025; any such application filed thereafter may be denied solely on that basis.** Further, requests to extend the deadline to reopen are unlikely to be granted. If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to CLOSE the case.

**SO ORDERED.**

Dated: New York, New York
       August 15, 2025

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge